E-FILED; Montgomery Circuit Court
Docket: 8/15/2025 2:15 PM; Submission: 8/15/2025 2:15 PM
Envelope: 22515376

**IN THE CIRCUIT COURT FOP MONTGOMERY COUNTY, MARYLAND**

| | | |
|---|---|---|
| LAURA RUTH CARPIO<br>11905 Bluehill Road<br>Silver Spring, Maryland 20902 | : | C-15-CV-25-004466 |
| Plaintiff, | : | |
| v. | : | **Case No.** ______________________ |
| WASHINGTON METROPOLITAN<br>TRANSIT AUTHORITY<br>600 Fifth Street, N.W.<br>Washington, DC 20001 | : | |
| Defendant. | : | |

**COMPLAINT**

The Plaintiff, Laura Ruth Carpio, through counsel, sues the Defendant, Washington Metropolitan Transit Authority, and as reasons therefore states:

1. That the Plaintiff is a resident of Montgomery County, Maryland.

2. That the Defendant, Washington Metropolitan Transit Authority ("WMATA"), is an entity engaged in the provision of transportation services in Maryland, Virginia and the District of Columbia, including in Montgomery County, Maryland.

3. That on or about September 18, 2023, the Plaintiff was a seated passenger on a WMATA bus stopped near the intersection of Veirs Mill Road and Atlantic Avenue in Washington, DC.

4. That before another passenger was seated, the operator of the WMATA bus accelerated, causing other passenger to fall and strike the Plaintiff.

5. That at the time of the occurrence the operator of the WMATA bus was acting

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

within the scope of his or her employment with WMATA and WMATA is therefore vicariously liable for the operator's actions.

6. At all times relevant herein the Defendant and its employee owed a duty to the Plaintiff to exercise due care in the operation of WMATA's motor vehicle; to operate the motor vehicle in a safe and prudent manner; to operate the vehicle at a safe and prudent speed; to maintain control over WMATA's vehicle; to not accelerated until passengers were safely seated or braced; to not move the vehicle suddenly until passengers were safely seated or braced; to obey all traffic control devices; to drive in accordance with all prevailing Maryland traffic rules and regulations; and otherwise to pay full time and attention in the operation of WMATA's vehicle.

7. The Defendant through its employee breached these aforementioned duties by failing to exercise due care in the operation of WMATA's motor vehicle; to operate the motor vehicle in a safe and prudent manner; to operate the vehicle at a safe and prudent speed; to maintain control over WMATA's vehicle; to not accelerated until passengers were safely seated or braced; to not move the vehicle suddenly until passengers were safely seated or braced; to obey all traffic control devices; to drive in accordance with all prevailing Maryland traffic rules and regulations; and otherwise to pay full time and attention in the operation of WMATA's vehicle.

8. That as a direct and proximate result of the negligence of the Defendant and its agent the Plaintiff received severe and painful injuries to her body, which have caused her and may continue to cause her great pain and mental anguish.

9. That as a further direct and proximate result of the negligence of the Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

and its agent the Plaintiff has been forced to expend and may be forced to expend in the future large sums of money for hospitalization, x-rays, doctors nurses, medical treatment, and medications in the treatment of her aforesaid injuries.

10. That as a further direct and proximate result of the negligence of the Defendant the Plaintiff as a result of her injuries missed time from her employment and lost earnings, and her future earnings may be affected.

11. That Plaintiff was neither contributorily negligent nor assumed the risk of his injuries.

WHEREFORE, Plaintiff, Laura Ruth Carpio, demands judgment against Defendant, Washington Metropolitan Transit Authority ("WMATA"), in the amount of Seventy Five Thousand Dollars ($75,000.00), plus a separate award for costs and interest, and for such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ Mark A. Kohl
Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301)352-4950
(301)352-8691 - Fax
mkohl@decarodoran.com
***Counsel for Plaintiff***

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**RULE 20-201(f)(1)(B) CERTIFICATION**

I HEREBY CERTIFY that this submission does not contain any restricted information.

/s/ Mark A. Kohl
Mark A. Kohl, #0512140154

**JURY DEMAND**

The Plaintiff demands trial by jury on all issues raised in the above-captioned matter.

/s/ Mark A. Kohl
Mark A. Kohl, #0512140154

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548