**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LAURA RUTH CARPIO, *et al.* | : | |
| | : | |
| Plaintiffs, | : | **Case No.: 8:25-cv-03459-CDA** |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFFS' STATEMENT AS TO DISCOVERY DISPUTE**

The present dispute between the Defendant and the Plaintiffs stems from interpretation of Fed. R. Civ. Pro. 26(b)(4)(C)(ii), the text of which is set forth in Plaintiff's Motion. At issue is a single email from Plaintiffs' counsel to a retained medical expert dated November 4, 2026. As represented by undersigned counsel and disclosed to Counsel for the Defendant, the email is "cover correspondence" which does not itself set forth *any* facts that the expert may have relied upon. Rather, the email transmits attachments (the complaints filed in State court, in addition to the medical records and invoices for each Plaintiff, all of which have been provided to Defendant's attorney).

Rule 26(b)(4)(C)(ii) states that correspondence with experts is discoverable where the correspondence identifies facts or data provided by the attorney "that the expert considered in forming the opinions to be expressed". The November 4, 2026 email did not contain *any* facts itself, and there is no indication *anywhere* that contents of the email were considered by the expert in

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

forming his opinions. Except upon the most overly-broad reading of Rule 26(b)(4)(C)(ii)[1] the email is simply not discoverable.

Finally, Defendant suggests that courts routinely follow its interpretation and require disclosure of such materials. However, none of the unreported opinions cited by the Plaintiff are from this Court, the 4th Circuit,[2] or courts from the 4th Circuit. The closest analogue from any court in the 4th Circuit is *Launch, LLC v. Twin City Fire Ins. Co.*[3] There, an attorney for the plaintiff provided an expert correspondence containing a "time line", and contended that Rule 26(b)(4)(C)(ii) did not permit disclosure. The defendant filed a motion to compel. In denying the motion, the court noted there was no indication that the expert considered the time line set forth in the correspondence.[4]

The email at issue here is distinguishable from the correspondence at issue in *Launch*, but the distinction is that the email itself (as opposed to the attachments, which again are the complaints and the medical records and invoices produced by the Plaintiffs in discovery) contained no facts

---

1 Defendant apparently contends that any correspondence with an expert that provides an attachment is discoverable, because the items in the attachment may have been considered. This interpretation would permit the exclusion to literally swallow the rule baring discovery of communications whole.

2 Counsel for the Plaintiffs has been unable to locate an opinion from either the United States District Court for the District of Maryland or the 4th Circuit interpreting this aspect of Rule 26(b)(4)(C)(ii).

3 7:22-cv-1021-DCC, 2023 U.S.Dist. LEXIS 220925 (D.SC. December 12, 2023).

4 *Id.*, *5-7.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

whatsoever. The similarity is that in both cases there is no evidence or suggestion that the expert relied on anything in the email or correspondence itself.

The email sought by Defendant is simply not discoverable pursuant to Rule 26(b)(4)(C)(ii).

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ Mark A. Kohl
Mark A. Kohl, #16890
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2026, I electronically served a copy of the foregoing to all counsel of record.

/s/ Mark A. Kohl
Mark A. Kohl

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548